JP:MKM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

GARTH COURTNEY BENNETT,

           Defendant.

- - - - - - - - - - - - - - - - - - -X

**12M 698**

REMOVAL TO THE
SOUTHERN DISTRICT OF
FLORIDA

(Fed. R. Crim. P. 5)

EASTERN DISTRICT OF NEW YORK, SS:

      SANDY RAO, being duly sworn, deposes and states that he is a Deputy United States Marshal, duly appointed according to law and acting as such.

      On or about January 25, 2012, an arrest warrant was issued by the United States District Court for the Southern District of Florida commanding the arrest of the defendant GARTH COURTNEY BENNETT for a violation of supervised release, pursuant to Title 18, United States Code, Section 3583.

      The source of your deponent's information and the grounds for his belief are as follows:

      1.   On or about July 7, 2011, the defendant GARTH COURTNEY BENNETT was convicted in the Southern District of Florida for Visa Fraud in violation of 18 U.S.C. § 1546(a) and sentenced to time served and two years of supervised release.

      2.   On January 25, 2012, the District Court for the Southern District of Florida issued an arrest warrant for the defendant GARTH COURTNEY BENNETT for violating the conditions of

2

his supervised release. A copy of the arrest warrant from the Southern District of Florida and a copy of the underlying Petition to the Court, are attached hereto.

3. On July 25, 2012, members of the United States Marshals Service Regional Fugitive Task Force ("RFTF") proceeded to an address in Queens, New York, at which the defendant was suspected of residing. RFTF members showed a photograph of the defendant to the home owner, who stated that she knows the person as "Courtney Bennett." RFTF members departed the area and left contact information.

4. A few hours later, on July 25, 2012, RFTF members received a telephone call from a man claiming to be the defendant GARTH COURTNEY BENNETT. The man agreed to come to the Eastern District of New York courthouse.

5. The defendant GARTH COURTNEY BENNETT arrived at the Eastern District of New York courthouse at approximately 12:30 p.m. on July 25, 2012, and was taken into custody. The defendant was then fingerprinted and his fingerprints were found to match those taken at the time of the arrest underlying the July 7, 2011 conviction of the defendant GARTH COURTNEY BENNETT in the Southern District of Florida.

3

WHEREFORE, it is requested that the defendant GARTH

COURTNEY BENNETT be dealt with according to law.

SANDY RAO
Deputy Marshal
United States Marshals Service

Sworn to before me this
25th day of July, 2012

HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

PROB 19a

SD/FL PACTS No. 108409

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 11-20404-CR-LENARD

U.S.A. vs GARTH COURTNEY BENNETT

*2233112*

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE | | | | |
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. | | | | |
| NAME OF SUPERVISED RELEASEE<br>Garth Courtney Bennett | *95267-004* | | SEX<br>Male | RACE<br>Black | AGE |
| ADDRESS (STREET CITY STATE) | | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>SOUTHERN DISTRICT OF FLORIDA | | DATE IMPOSED<br>07/07/2011 | | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>SOUTHERN DISTRICT OF FLORIDA, MIAMI | | | | |
| | | | | |
| CLERK<br>Steven M. Larimore | (BY) DEPUTY CLERK | | DATE 1/25/12 | |

| RETURN | | |
|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for  Southern  District of Florida  ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 108409

# UNITED STATES DISTRICT COURT.
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 11-20404-CR-LENARD

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Courtney Garth Bennett

Name of Sentencing Judicial Officer: The Honorable Joan A. Lenard, U. S. District Judge, Miami, FL

Date of Original Sentence: July 7, 2011

Original Offense:    Fraud and Misuse of Visa and Other Documents, 18, U.S.C. § 1546(a), a Class C
                     felony.

Original Sentence:   Time served in Bureau of Prisons followed by two (2) years of supervised release.
                     Special condition, surrender to immigration for removal after imprisonment.

Type of Supervision: Supervised Release          Date Supervision Commenced: July 11, 2011

Assistant U.S. Attorney:                  Defense Attorney:
Michael Garofola                          Kashyap Patel, AFPD
99 Northeast 4 Street                     150 West Flagler Street, Suite 1700
Miami, Florida 33132                      Miami, Florida 33130
305-961-9151                              305-533-4179

## PETITIONING THE COURT

[X]    To issue a warrant
[]     To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to report to the probation office as directed by the Court and the Bureau of Prisons. On August 4, 2011, the defendant was released on parole from the custody of Immigration and Customs Enforcement and the offender failed to report within 72 hours of his release. |

PROB 12C
(SD/FL 3/05)

SD/FL FACTS No. 108409

U.S. Probation Officer Recommendation:

    [X]    The term of supervision should be revoked.
    []    extended for _ years, for a total term of _ years.
    []    The conditions of supervision should be modified as follows:

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ 1 - 23 -12 ___

Teresa L. Graham
U.S. Probation Officer
Phone: 305-523-5355

THE COURT ORDERS:

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

1/25/11
Date